# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| DONALD CRAIG MILLER, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | No. | 3:17-CV-371-DCLC-DCP |
| OFFICER ISAACS, | ) ) | | |
| Defendant. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this action is **DISMISSED** for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT